IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **PATTERSON LAW GROUP et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **Civil Action No. 4:20-cv-00802-P** |
| § | |
| **ROCKET VERTICALS, INC. et al.,** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

The Court issued its Order granting Plaintiffs' Motion for Default Judgment and Permanent Injunction on January 25, 2021. ECF No. 19.

Consistent with the Court's Order, it is **ORDERED, ADJUDGED, and DECREED** that:

1. The Court has jurisdiction over all the parties and all of the claims set forth in Plaintiffs' Complaint.

2. Final judgment is hereby entered jointly and severally against Defendants Rocket Verticals, Inc.; Jasdeep Singh; and Proaccidentinjurylawyers.com ("Defendants") and in favor of Plaintiffs Patterson Law Group; Travis Patterson, Esq.; Tennessee Walker, Esq.; Law Office of Robert L. Henry, P.C.; Robert L. Henry, Esq.; Amerlaw, PLLC; Rachel Ambler, Esq.; Durham, Pittard & Spalding, LLP; and Justin R. Kaufman, Esq. ("Plaintiffs").

3. Defendants and each of their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them are **PERMANENTLY ENJOINED** from

   A. using or displaying Plaintiffs' images, likenesses, names, biographical information, trademarks, copyrights, logos, trade names, internet domain names, or any other source identifier or symbol of origin that is confusingly similar to Plaintiffs' marks or likely to dilute their distinctive quality;

   B. including any Plaintiffs' biographical information or images on the Website or on any of Defendants' websites or advertisements;

   C. Representing that Plaintiffs are associated with or affiliated with any Defendant;

   D. instructing Defendants' agents or employees to represent to the public that any Plaintiff is affiliated with any Defendant;

   E. engaging in any other act or practice that deceives consumers, the public, and/or trade, including without limitation, the use of designations, and design elements associated with Plaintiffs;

   F. creating or maintaining a lawyer referral website or advertisement that violates Texas State Bar rules; and/or

   G. holding themselves out as attorneys or legal specialists to the public

on any public website or advertising platform.

4. All relief not specifically granted herein is denied. All pending motions not previously ruled on are denied. This is a Final Judgment and appealable. Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay and directs the Clerk of the Court to enter this Final Judgment.

**SO ORDERED** on this **25th day** of **January, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE